UNITED STATED DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISON

**BLAISE RUSSELL HOHL,**

    **Plaintiff,**

vs.                                          CASE NO.:

**UNITEDHEALTHCARE**
**INSURANCE COMPANY,**

    **Defendant.**

_____/

**COMPLAINT**

COMES NOW the Plaintiff, BLAISE RUSSELL HOHL, ("Hohl"), by and through the undersigned attorney, and sues the Defendant, UNITEDHEALTHCARE INSURANCE COMPANY ("UnitedHealthcare") and alleges as follows:

**GENERAL ALLEGATIONS**

1. This is an action for relief under the Employee Retirement Income Security Act ("ERISA"), as amended, 29 U.S.C. §§1001, et seq.

2. This Court has jurisdiction pursuant to 29 U.S.C. §1132(e).

3. ERISA provides for nationwide service of process. 29 U.S.C. §1132(e)(2).

4. This Court has venue pursuant to 29 U.S.C. §1132(e)(2). In particular, in ERISA actions, venue is proper where a defendant resides or may be found. Here, UnitedHealthcare can be found in the state of Florida as well as in the county of Hillsborough. It is an authorized insurer in the state of Florida and has agents in Hillsborough County, Florida. See attached Exhibit "A."

5. Hohl is and/or was a participant in each of the plans, funds, programs or arrangements described herein.

6. Hohl was an employee of PSMC Companies ("PSMC" or "Employer") and as such he was insured through a group disability policy issued to PSMC by UnitedHealthcare.

7. The Employer is the Plan Sponsor and Plan Administrator of the employee welfare benefit plan providing long term disability benefits.

8. The "Plan" is a welfare benefit plan established under ERISA to provide long term disability benefits to those participants who satisfy the terms and conditions of the Plan to receive such benefits.

9. A copy of what purports to be a document describing benefits payable under the Plan is in Defendant's possession.

10. UnitedHealthcare is the claims administrator, it makes the "full and fair" final review of claims and it insures the payment of benefits under the Plan.

11. UnitedHealthcare denied and/or terminated Hohl's claim finding that he was not disabled under the terms of the Plan. UnitedHealthcare's last denial letter is dated January 31, 2025.

12. With respect to the claims made herein, Hohl has exhausted his administrative remedies and/or exhaustion has been excused or is waived.

## COUNT I
### (Action for Plan Benefits 29 U.S.C. §1132(a)(1)(B))

Hohl incorporates the allegations contained in paragraphs 1 through 12 above, and further states:

13. The Plan provided for the payment of long term disability benefits in the event Hohl became disabled as defined in the Plan. The Plan also provided for the continuation of other benefits in the event of disability. The other benefits are described with particularity in the applicable plan documents for those plans.

14. Hohl was and is disabled as defined by the Plan at all times material hereto.

15. Hohl made a claim for Plan benefits. Said claim for benefits was terminated or denied.

16. Hohl is entitled to Plan benefits.

17. UnitedHealthcare has failed and refused to pay Hohl sums due pursuant to the terms of the Plan, breaching the terms of said Plan.

18. Because of the failure to pay benefits pursuant to the terms of the Plan, Hohl has been forced to retain the undersigned attorneys and is obligated to pay them a reasonable attorney's fee. Hohl is entitled to recover attorney's fees as authorized by 29 U.S.C. §1132(g).

WHEREFORE, plaintiff, Hohl, prays for relief from defendant, UnitedHealthcare for the payment of disability benefits, reinstatement to all other benefits, including the waiver of premiums as if benefits had never been terminated or denied, plus attorney's fees and costs and any other such further relief as the Court deems proper.

Date: June 6, 2025

    */s/ Gregory D. Swartwood*
Gregory D. Swartwood, Esq.
Florida Bar No. 858625
The Nation Law Firm LLP
570 Crown Oak Centre Drive
Longwood, FL 32750
Telephone: (321) 397-9775
Facsimile: (407) 867-4845
E-Mail: gswartwood@nationlaw.com
Attorneys for Plaintiff